IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION             MDL 2327

THIS DOCUMENT RELATES TO:

LETHA BRANTLEY, and
CHARLES BRANTLEY,

                Plaintiffs,

v.                                                     Civil Action No. 2:13-cv-09479

ETHICON, INC., and
JOHNSON & JOHNSON,

                Defendants.

## MEMORANDUM OPINION AND ORDER

On September 24, 2018, a Suggestion of Death was filed by defendants' counsel suggesting the death of Letha Brantley during the pendency of this civil action. [ECF No. 22]. On October 1, 2018, a Suggestion of Death was filed by plaintiffs' counsel suggesting the death of Charles Brantley during the pendency of this civil action [ECF No. 23]

Pursuant to Federal Rule of Civil Procedure 25(a) and Pretrial Order ("PTO") # 308 (Requirements for Counsel to Deceased Plaintiffs) filed in *In re: Ethicon, Inc., Pelvic Repair System Products Liab. Litig.*, 2:12-md-2327 [ECF No. 6218], the time to substitute a proper party for the deceased parties has expired and there has been no motion to substitute any of the deceased parties.

The court **ORDERS** that pursuant to Rule 25(a) and PTO # 308, this case is **DISMISSED without prejudice** and **STRICKEN** from the docket. Any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: July 10, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE